UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Iris Echols | CHAPTER: 13 |
| 255 E Ohio ST | CASE NUMBER: 25-20043 |
| Pittsburgh, PA 15212 | CLAIM AMOUNT: $2319.96 |

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 2/20/2025, in the amount of $2319.96.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 27th day of February, 2025.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

    Debtor:                                    Iris  Echols
                                                         255 E Ohio ST
                                                         Pittsburgh, PA 15212

    Debtor's Attorney:                    Charles James  Grudowski
                                                         3925 Reed Blvd
                                                         Murrysville, PA 15668

    Chapter 13 Trustee:                 Ronda  Winnecour
                                                         600 Grant St
                                                         Pittsburgh, PA 15219-2712

by submitting electronically with the court.

    This 27th day of February, 2025.


                                                             Jefferson Capital Systems LLC

                                                             By: /s/ Rhonda Pratt_____
                                                             Rhonda Pratt   Bankruptcy Specialist

                                                             Jefferson Capital Systems, LLC
                                                            200 14th Avenue E
                                                            Sartell, MN 56377
                                                            (800) 928-7314