Certificate Number: 13858-PAW-DE-039253934

Bankruptcy Case Number: 25-20043



13858-PAW-DE-039253934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 18, 2025</u>, at <u>2:40</u> o'clock <u>PM EST</u>, <u>Iris I. Echols</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 18, 2025</u>          By:     <u>/s/Marco Vera</u>

Name:   <u>Marco Vera</u>

Title:   <u>Counselor</u>