IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:       
Iris I. Echols                            :          Case No. 25-20043-GLT
           Debtor(s)             :          Chapter 13
                                   :
Ronda J. Winnecour, Chapter 13   :
Trustee                             :
           Movant(s)           :
                                   :
           vs.                      :
                                   :
Arc Home LLC                    :
           Respondent(s)      :

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on March 24, 2026, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than April 23, 2026.


4/24/2026                               /s/ Ronda J. Winnecour
                                        Ronda J. Winnecour (PA I.D.#30399)
                                        Attorney and Chapter 13 Trustee
                                        U.S. Steel Tower- Suite 3250
                                         600 Grant Street
                                         Pittsburgh PA  15219
                                         412-471-5566
                                         cmecf@chapter13trusteewdpa.com