FILED
4/29/26 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Iris I. Echols | : | Case No. 25-20043-GLT |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | Related Dkt. No. 28 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| Arc Home LLC | : | |
| Respondent(s) | : | |

## ORDER

AND NOW, this ___29th___ day of ___April___, 2026, upon consideration of Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that all charges requested in the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on May 14, 2025, are DISALLOWED. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 30 days from the date of this Order. It is further

ORDERED that the Respondent is to provide to the Court an affidavit from an employee authorized to do so that the charges will not be reassessed to Debtor's account. It is further

ORDERED that no additional charges will be assessed for compliance with this Order.

Prepared by: ___Ronda Winnecour, Esq.___

**DEFAULT ENTRY**

Dated: _April 29, 2026_      _____

Gregory L. Taddonio   hct
Chief United States Bankruptcy Judge