# MSP Explorer - Delinquency H (DLQH)

623 - LOANCARE ---FOR OFFICIAL USE ONLY---

**Loan Number:** ███████                                    **Borrower Name:** ECHOLS,IRIS I

```
          █████████      _____  QX   D E L I N Q U E N C Y          07/10/26 10:45:19

    MTGR: II ECHOLS     13   CONV. RES.          INV: 5AV  DUE: 07/01/25
CO-MTGR:               65 N JACKSON AVENUE              TOT DUE:    18,831.20
PER/CLS/OFF: 0/  /Z5  PITTSBURGH PA 15202              PAYMT:       1,291.67
-------------------------* LOAN FINANCIAL HISTORY *------------------(MORE)
  APP   DUE   TRAN    AMOUNT       P&I       ESCROW  LTE CHG   NSF FEE    SUSPENSE
070926 00-00  631  CRP AD T (CD/AMT/DESC): BNSP      30.00 BK INSPECTION
070926 00-00  745  CRP AD T (CD/AMT/DESC): PC13     250.00 BK-PC13
070926 00-00  745  CRP AD T (CD/AMT/DESC): PC13     300.00 BK-PC13
070926 00-00  745  CRP AD T (CD/AMT/DESC): PR13     350.00 BK-PR13
070926 00-00  745  CRP AD R (CD/AMT/DESC): PC13     250.00-BK-PC13
070926 00-00  745  CRP AD R (CD/AMT/DESC): PC13     300.00-BK-PC13
070926 00-00  745  CRP AD R (CD/AMT/DESC): PR13     350.00-BK-PR13
070126 07-25  173     1291.67                                          1291.67
061126 00-00  631  CRP AD T (CD/AMT/DESC): BNSP      30.00 BK INSPECTION
060326 06-25  168                           487.44-
060326 06-25  173              804.23       487.44                     1291.67-
060226 05-25  168                           487.44-
060226 05-25  173     1478.45  804.23       487.44                      186.78
050726 05-25  161      660.92               660.92
-------------------------------------------------------------------------------
OLDEST TRAN: 07/09/25   NO. OF TRANS:    53
```