**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/22/26 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 25-20043-GLT |
| | : | Chapter: | 13 |
| Iris I. Echols | : | | |
| | : | | |
| | : | Date: | 7/22/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

<u>**PROCEEDING MEMO**</u>

*MATTER:*        # 35 Motion to Compel Production of Documents in Accordance with the
            Order Dated April 29, 2026, and for Sanctions, Motion For Sanctions
                filed by the chapter 13 trustee
                    # 37- Response filed by Arc Home, LLC

*APPEARANCES* :

        Debtor:            Charles James Grudowski
        Trustee:           Ronda J. Winnecour
        ARC Home LLC:      Matthew Fissel

[10:19]
*NOTES:*

Winnecour: I saw that Mr. Fissel filed a motion to withdraw. I am withdrawing my request for sanctions. We need to clear the Debtor's record.

Fissel: This morning we filed an exhibit to the response which is a screenshot from the Debtor. I was hoping to have an affidavit filed, but I was unable to do so before today. I am hoping to wrap this up in the next few weeks.

Court: What if I just enter the trustee's order without the sanctions paragraphs?

Fissel: That works.

*OUTCOME:*

        1. For the reasons stated on the record at the July 22, 2026 hearing, the *Motion to Compel Production of Documents in Accordance with the Order Dated April 29, 2026, and for Sanctions, Motion For Sanctions* [Dkt. No. 35] is **GRANTED**. [HT to enter proposed order at Dkt. No. 35 striking the last paragraph with sanctions]

**DATED:** 7/22/2026