FILED
7/21/26 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Iris I. Echols | | |
| | **Debtor(s)** | **CHAPTER 13** |
| **Arc Home LLC** | | |
| | **Movant** | |
| vs. | | |
| **Iris I. Echols** | | **BK NO. 25-20043 GLT** |
| | **Debtor(s)** | Related Dkt. No.38 |
| **Ronda J. Winnecour**, | **Trustee** | **Related to Claim No. 4** |

**ORDER OF COURT**

And on this  21st  day of       July       , 2026, it is hereby ORDERED that
the Notice of Postpetition Mortgage Fees, Expenses, and Charges, which was filed with the Court
on or about May 14, 2025, under Claim no. 4 is hereby WITHDRAWN.

By the Court,

Dated: July 21, 2026

_____ J.
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20043-GLT |
| Iris I. Echols | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 21, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID          Recipient Name and Address**
db              + Iris I. Echols, 65 North Jackson Avenue, Pittsburgh, PA 15202-3008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name                         Email Address**

Brent J. Lemon
                         on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                         aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Charles James Grudowski
                         on behalf of Debtor Iris I. Echols cjg@grudowskilaw.com  admin@grudowskilaw.com

Matthew Fissel
                         on behalf of Creditor ARC HOME LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Richard Monti
                         on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com

District/off: 0315-2                          User: auto                              Page 2 of 2
Date Rcvd: Jul 21, 2026                       Form ID: pdf900                         Total Noticed: 1
TOTAL: 6