FILED
7/22/26 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
Iris I. Echols                                :        Case No. 25-20043-GLT
      Debtor(s)                             :
                                              :
Ronda J. Winnecour, Chapter 13                :
Trustee                                       :
      Movant                                :
                                              :
      vs.                                   :
                                              :
Arc Home LLC                                  :        Related to Doc. 35
      Respondent(s)                         :

## ORDER

AND NOW, this __22nd__ day of ____July____ , 20_26_, upon consideration of the Trustee's Motion and Responses thereto, it is ORDERED that the Trustee's Motion is GRANTED. Arc Home LLC is hereby ORDERED to provide to the Trustee and Debtor's counsel documentary proof that the charges requested in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on May 14, 2025, have been removed within 30 days of this Order.  It is further

ORDERED that Arc Home LLC is to provide to the Court an affidavit from an employee authorized to do so that the charges will not be reassessed to Debtor's account. It is further

~~ORDERED that Arc Home LLC is hereby sanctioned $1,000.00 for failure to comply with the Court Order dated April 29, 2026.~~

Dated: 7/22/26

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-20043-GLT

Iris I. Echols                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                                    Page 1 of 2

Date Rcvd: Jul 22, 2026                    Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

**Recip ID**     **Recipient Name and Address**
db      + Iris I. Echols, 65 North Jackson Avenue, Pittsburgh, PA 15202-3008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Brent J. Lemon
    on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
    aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Charles James Grudowski
    on behalf of Debtor Iris I. Echols cjg@grudowskilaw.com  admin@grudowskilaw.com

Matthew Fissel
    on behalf of Creditor ARC HOME LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard Monti
    on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 22, 2026                       Form ID: pdf900                               Total Noticed: 1
TOTAL: 6