FILED
7/29/26 5:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Iris I. Echols                              :        Case No. 25-20043-GLT
      Debtor(s)                       :
                                            :
Ronda J. Winnecour, Chapter 13              :
Trustee                                     :
      Movant                          :
                                            :
      vs.                             :
                                            :
Arc Home LLC                                :        Related to Doc. 43
      Respondent(s)                   :
                                                     AMENDED
                                                     **ORDER**

AND NOW, this 29th day of _____July_____ , 20_26_, upon consideration of the Trustee's Motion and Responses thereto, it is ORDERED that the Trustee's Motion is GRANTED. Arc Home LLC is hereby ORDERED to provide to the Trustee and Debtor's counsel documentary proof that the charges requested in the Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on May 14, 2025, have been removed within 30 days of this Order.  It is further

ORDERED that Arc Home LLC is to provide to the Court an affidavit from an employee authorized to do so that the charges will not be reassessed to Debtor's account.

~~ORDERED that Arc Home LLC is hereby sanctioned $1,000.00 for failure to comply with the Court Order dated April 29, 2026.~~

Dated: 7/29/26

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-20043-GLT

Iris I. Echols                                                                              Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Iris I. Echols, 65 North Jackson Avenue, Pittsburgh, PA 15202-3008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Charles James Grudowski | on behalf of Debtor Iris I. Echols cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Matthew Fissel | on behalf of Creditor ARC HOME LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Borough of Bellevue rmonti@grblaw.com  aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Jul 30, 2026                          Form ID: pdf900                               Total Noticed: 1
TOTAL: 6